UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00250-RJC
(3:17-cr-00253-RJC-DCK-1)

| | |
|---|---|
| DEREK JOSEPH PARKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Petitioner's "Pros Se Motion Requesting Court to Order Date to File a Response to Government's Response to Petitioner's Motion Under 28 U.S.C. § 2255," [Doc. 6], which the Court construes is a motion for extension of time.

**UPON MOTION** of the Petitioner [Doc. 6] for an enlargement of time within which he must file his reply to the Government's Response under 28 U.S.C. § 2255, and for good cause shown,

**IT IS HEREBY ORDERED** that the Petitioner's Motion [Doc. 6] is **GRANTED** and the Petitioner shall have up to and including December 3, 2019 to file his reply.

Signed: October 8, 2019

_____
Robert J. Conrad, Jr.
United States District Judge